IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEE RAVEN,

    Plaintiff,

v.

MATC and GAIL F. BAILEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-503-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants MATC and Gail F. Bailey granting their motion for summary judgment and dismissing this case.

By: _____ Deputy Clerk
Peter Oppeneer, Clerk of Court

12-17-10
Date