IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEE RAVEN,

    Plaintiff,            ORDER

 v.

                      09-cv-503-slc

MATC and GAIL F. BAILEY,

    Defendants.

---

On December 17, 2010, the court granted summary judgment to defendants MATC and Gail F. Bailey and denied Raven's motion for appointment of counsel (among other orders), and entered judgment in favor of defendants. (Dkts. 68, 69.) Plaintiff Lee Raven's motion for reconsideration of the court's order granting summary judgment to defendants (dkt. 70), was denied on March 16, 2011 (dkt. 71).

Now plaintiff has filed a notice of appeal. (Dkt. 72). Because plaintiff has not paid the $455 fee for filing a notice of appeal, I construe the notice as including a request for leave to proceed *in forma pauperis* on appeal under 28 U.S.C. § 1915. I find that plaintiff is indigent, her appeal is not taken in bad faith, and she does not have three "strikes" from previous lawsuits. Therefore, I am granting her request to proceed *in forma pauperis* on appeal. *See* § 1915(a)(1),(3) and (g); *Sperow v. Melvin*, 153 F.3d 780, 781 (7th Cir 1998).

ORDER

IT IS ORDERED that plaintiff Lee Raven's request to proceed *in forma pauperis* on appeal, dkt. #72, is GRANTED.

Entered this 19th day of April, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge